# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOHNNY EVANS MARKS, as administrator of the Estate of TROY EVANS MARKS, deceased, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 14-5168 |
| THE CITY OF PHILADELPHIA, | : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this  18th  day of May, 2015, upon consideration of the Motion for Summary Judgment filed by Defendant, City of Philadelphia (Doc. No. 11), the Response filed by Plaintiff, Johnny Evans Marks, as administrator of the Estate of Troy Evans Marks, Defendant's Reply Brief, and Plaintiff's Sur-Reply Brief, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE